IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2008

JAMES W. McCORMACK, CLERK
By: _Jackson_
                    DEP CLERK

| | | |
|---|---|---|
| PATRICK BALLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-045-JMM |
| | ) | |
| HIGHMARK LIFE INSURANCE | ) | Judge James M. Moody |
| COMPANY, AETNA LIFE INSURANCE | ) | |
| COMPANY and BROADSPIRE | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER EXTENDING TIME FOR DEFENDANTS HIGHMARK LIFE INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY AND BROADSPIRE SERVICES, INC. TO RESPOND TO COMPLAINT

This matter came before the Court upon Defendants' Second Unopposed Motion for Extension of Time to Serve Responsive Pleadings through Wednesday, October 1, 2008. Finding good cause to do so, the Court hereby GRANTS the Defendants' motion and EXTENDS the service deadline as requested.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Sept 17, 2008

2318390.1

s/T. Lindsey Castleberry w/permission
T. Lindsey Castleberry
GRADY & CASTLEBERRY
P. O. Box 2481
Batesville, Arkansas 72503

*Attorneys for Plaintiff*

s/John E. B. Gerth       .
Waverly D. Crenshaw, Jr.
Marcus M. Crider
John E. B. Gerth
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219-1760
615-244-6380
615-244-6804

*Attorneys for Defendants*