**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**PATRICK BALLARD** **PLAINTIFF**

**V.** **1:08CV0045JMM**

**HIGHMARK LIFE INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY and BROADSPIRE SERVICES, INC.** **DEFENDANTS**

**ORDER**

Pending is the parties joint motion to stay proceedings pending exhaustion of administrative remedies. (Docket # 20). For good cause shown, the motion is granted. The Clerk of the Court is directed to administratively stay this case. The ERISA scheduling order entered September 10, 2008 is vacated. The Plaintiff is directed to provide a status report to the Court every sixty (60) days.

IT IS SO ORDERED this 29th day of October, 2008.

James M. Moody
United States District Judge