**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**PATRICK BALLARD** **PLAINTIFF**

**V.** **1:08CV0045JMM**

**HIGHMARK LIFE INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY and BROADSPIRE SERVICES, INC.** **DEFENDANTS**

**ORDER**

Pending is the parties joint motion to lift the stay. (Docket # 29). For good cause shown, the motion is granted. The Court will enter an amended ERISA scheduling order forthwith.

IT IS SO ORDERED this 26th day of May, 2010.

James M. Moody
United States District Judge